UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 7:11-CR-58-BO

UNITED STATES OF AMERICA,     :
                              :
         v.                   :     ORDER FOR DISMISSAL
                              :
JEREMY DAVID CAISON           :

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed herein, the United States Attorney for the Eastern District of North Carolina, hereby dismisses the Indictment against the above-captioned defendant for the following reason:

Based on the decision in United States v. Simmons, 2011 WL 3607266 (4'' Cir. 2011), the defendant has not been convicted of a crime punishable by imprisonment for a term exceeding one year. As a result, the defendant cannot be prosecuted federally for felon in possession of a firearm, in violation of Title 18, United States Code, Section 922(g)(1).

Respectfully submitted this <u>21st</u> day of <u>September</u>, 2011.

        THOMAS G. WALKER
        United States Attorney

        <u>/s/ Charity L. Wilson</u>
        CHARITY L. WILSON
        Special Assistant U.S. Attorney
        Criminal Division
        U.S. Attorney's Office, EDNC
        310 New Bern Avenue, Suite 800
        Raleigh, North Carolina 27601
        E-mail: Charity.Wilson@usdoj.gov
        Telephone: 919-856-4530
        Fax: 919-856-4487
        NC Bar No. 31584

Leave of Court is granted for the filing of the foregoing dismissal.

        TERRENCE W. BOYLE
        United States District Judge

DATE: 9-22-11